IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BEDELIA WILLIAMS**  *Plaintiff,*  v.  **WAL-MART STORES EAST, LP d/b/a WALMART; FRANK PELLICORI; WALMART REAL ESTATE BUSINESS TRUST**  *Defendants*. | **CIVIL ACTION**  NO. 24-3116 |

# ORDER

**AND NOW**, this 8th day of October 2024, after reviewing briefing from both parties, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 17) is **GRANTED.** This case is **DISMISSED without prejudice** for lack of subject matter jurisdiction and **REMANDED** to the Philadelphia Court of Common Pleas.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-3116 Williams v Walmart Stores East LP\24cv3116 Order on Motion to Dismiss.docx